# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JINEL SEXTON

NO. 2023 KW 0122

**APRIL 24, 2023**

---

In Re:    Jinel Sexton, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 587039.

---

BEFORE:    **WELCH, PENZATO, AND LANIER, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the application for postconviction relief filed with the district court, the district court's ruling on the application, the bill of information, the habitual offender bill of information, the commitment order, the state's answer to his application, if any, all pertinent minute entries and/or transcripts, and any other portions of the district court record that might support the claims raised in the writ application. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application must be filed on or before June 26, 2023. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

JEW
AHP
WIL

COURT OF APPEAL, FIRST CIRCUIT

_a.s.0_

DEPUTY CLERK OF COURT
FOR THE COURT